United States District Court
Southern District of Texas
**ENTERED**
June 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| V-REEF SHIPPING SA, ET AL., | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23cv1166 |
| | § | |
| LA EXPORT LLC, ET AL., | § | |
| *Defendants.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 1, 2023, (Dkt. 25) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Defendant LA Oxygen LLC's Motion to Vacate is **DENIED** and the property held by Wells Fargo remains attached until further order of the court.

**SIGNED** at Houston, Texas this _22e_ day of June, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE